| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

PATRICK LEE DUNCAN, §
§
    Plaintiff, §
§
versus § CIVIL ACTION NO. 9:22-CV-26
§
MARVIN DUNBAR, *et al.*, §
§
    Defendants. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff Patrick Lee Duncan, proceeding *pro se*, filed this civil rights lawsuit. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

    The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

### ORDER

    Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment shall be entered dismissing this lawsuit.

    SIGNED at Beaumont, Texas, this 17th day of January, 2023.

                                                                     */s/ Marcia A. Crone*
                                                               MARCIA A. CRONE
                                                   UNITED STATES DISTRICT JUDGE